UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jibran Khan,<br><br>Plaintiff<br><br>— against —<br><br>Nyrene, Inc. d/b/a Subway Restaurant and Shawn Chowdhury.,<br><br>Defendants. | **18-cv-557 (ARR) (ST)**<br><br>**Opinion & Order**<br><br>**Not for electronic or print publication** |

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated March 11, 2020, from the Honorable Steven L. Tiscione, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation in its entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, Plaintiff's motion for default judgment is granted. Defendants are liable under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"), and judgment

shall be entered against Defendants in the total amount of $13,761.69. The Clerk of Court is respectfully directed to enter judgment and close the case.

Counsel for Mr. Khan is directed to serve a copy of this Opinion & Order on Defendants at their respective last known addresses and file proof of service with the Court within seven days of the date of this Opinion & Order.

SO ORDERED.


_____/s/_____
Allyne R. Ross
United States District Judge


Dated:     April 21, 2020
         Brooklyn, New York