UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
JIBRAN KHAN, : 18-CV-0557 (ARR) (ST)
:
       Plaintiff, : NOT FOR ELECTRONIC
: OR PRINT PUBLICATION
— against — :
: ORDER
:
NYRENE INC. D/B/A SUBWAY RESTAURANT and :
SHAWN CHOWDHURY, :
:
       Defendants. :
:
-------------------------------------------------------------------- X

ROSS, United States District Judge:

    The court has received the Report and Recommendation in the instant case dated March 7, 2022, from the Honorable Steven L. Tiscione, United States Magistrate Judge. The deadline for filing objections has passed and no objections have been filed. Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Est. of Ellington ex rel. Ellington v. Harbrew Imps. Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff's contempt motion is therefore temporarily denied with leave to re-file. Tatsu Ramen is ordered to submit a notarized response to plaintiff's subpoena within 14 days of receipt of this order. This response must include Defendant Chowdhury's bank account information. Should Tatsu Ramen fail to comply, plaintiff may re-file his motion.

SO ORDERED.

                                                                                   /s/
                                                           Allyne R. Ross
                                                           United States District Judge

Dated:        March 23, 2022
                Brooklyn, New York